# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FARKAS STORE FIXTURES, INC.; ) <br> CHUNG LEE and DOES 1 THROUGH 10, ) <br> inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 08 CV 708 JAH RBB <br><br> ORDER GRANTING MOTION TO EXTEND TIME TO SERVE RESPONSE TO COMPLAINT |

Good cause having been shown, the parties' joint motion to extend time for defendants to respond to the complaint is **GRANTED**. Defendants' response to the complaint shall be filed and served on or before **May 28, 2008.**

**IT IS SO ORDERED**.

DATED: May 16, 2008

_____
JOHN A. HOUSTON
United States District Judge